# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1271
LT Case No. 2022-CP-336

_____

LAWRENCE KNUTSON,

    Appellant,

    v.

LUCILLE GARRARD, as PERSONAL
REPRESENTATIVE of the ESTATE
of JOEL O. BEWAN,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher,
Jacksonville, for Appellant.

Asa H. Johnston, and Casey W. Arnold, of Fisher, Tousey, Leas &
Ball, Jacksonville, for Appellee.

March 19, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____